**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Phillip G. Gates<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1371<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23821–JAD | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Phillip G. Gates

3/19/25     **By the court:** Jeffery A. Deller
                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W   **Chapter 13 Discharge**   page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                  Case No. 19-23821-JAD

Phillip G. Gates               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: auto          Page 1 of 3

Date Rcvd: Mar 19, 2025          Form ID: 3180W          Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip G. Gates, 111 Spruce Lane, West Newton, PA 15089-1235 |
| aty | + | Jonathan S. Safron, 216 S. Jefferson Street, Chicago, IL 60661-5608 |
| 15131702 | + | CHEVRON APPALACHIA, LLC, 700 Cherrington Pkwy, Coraopolis, PA 15108-4315 |
| 15131705 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, Revenue Recovery/Bankruptcy, PO Box 117, Columbus, OH 43216 |
| 15131708 | + | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15131709 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15131714 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15165666 | | EDI: GMACFS.COM | Mar 20 2025 04:14:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15131699 | + | EDI: GMACFS.COM | Mar 20 2025 04:14:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15838669 | + | EDI: AISACG.COM | Mar 20 2025 04:14:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15131700 | ^ | MEBN | Mar 20 2025 00:13:40 | Apothaker Scian P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15131701 | ^ | MEBN | Mar 20 2025 00:13:51 | Barrington Bank & Trust Co. N.A., c/o Wintrust Mortgage, 9700 W Higgins Rd, Rosemont, IL 60018-4796 |
| 15131704 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 20 2025 00:22:00 | Collection Service Center, Inc., Attn: Bankruptcy, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 839 5th Ave., New Kensington, PA 15068-6303 |
| 15131703 | ^ | MEBN | Mar 20 2025 00:13:26 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15131707 | + | EDI: CMIGROUP.COM | Mar 20 2025 04:08:00 | Credit Management LP, Attn: Bankruptcy, 6080 Tennyson Parkway, Ste 100, Plano, TX 75024-6002 |
| 15131706 | + | EDI: CMIGROUP.COM | Mar 20 2025 04:08:00 | Credit Management LP, 6080 Tennyson Parkway, Plano, TX 75024-6002 |
| 15131710 | + | EDI: AMINFOFP.COM | Mar 20 2025 04:14:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15131711 | + | EDI: AMINFOFP.COM | Mar 20 2025 04:14:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15131712 | | EDI: IRS.COM | Mar 20 2025 04:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15167601 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:39:05 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15131713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:39:19 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15131715 | | EDI: PRA.COM | Mar 20 2025 04:14:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15131716 | | EDI: PRA.COM | Mar 20 2025 04:14:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15161574 | + | EDI: JEFFERSONCAP.COM | Mar 20 2025 04:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15131717 | | Email/Text: pitbk@weltman.com | Mar 20 2025 00:21:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |
| 15561482 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Wintrust Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 15159947 | ^ | MEBN | Mar 20 2025 00:13:52 | Wintrust Mortgage, et. al., c/o Kamari Perry, 9700 W. Higgins Rd., Ste. 300, Rosemont, IL 60018-4736 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wintrust Mortgage, a division of Barrington Bank & |
| cr | | Wintrust Mortgage, a division of Barrington Bank a |
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15159958 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 29 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christopher M. Frye | on behalf of Debtor Phillip G. Gates chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. logsecf@logs.com |
| Kathryn L. Harrison | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank and Trust Co., N.A. klh@camlev.com, hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Mario J. Hanyon | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9