IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
PHILLIP G. GATES

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-23821-JAD

Chapter 13

Related to Doc No.: 96

ORDER OF COURT

AND NOW, this \_\_\_\_19th\_\_\_\_ day of \_\_March_____, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
3/19/25 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23821-JAD |
| Phillip G. Gates | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip G. Gates, 111 Spruce Lane, West Newton, PA 15089-1235 |
| aty | + | Jonathan S. Safron, 216 S. Jefferson Street, Chicago, IL 60661-5608 |
| 15131702 | + | CHEVRON APPALACHIA, LLC, 700 Cherrington Pkwy, Coraopolis, PA 15108-4315 |
| 15131705 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, Revenue Recovery/Bankruptcy, PO Box 117, Columbus, OH 43216 |
| 15131708 | + | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15131709 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15131714 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15165666 | | Email/Text: ally@ebn.phinsolutions.com | Mar 20 2025 00:20:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15131699 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 20 2025 00:20:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15838669 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2025 00:25:11 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15131700 | ^ | MEBN | Mar 20 2025 00:13:40 | Apothaker Scian P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15131701 | ^ | MEBN | Mar 20 2025 00:13:54 | Barrington Bank & Trust Co. N.A., c/o Wintrust Mortgage, 9700 W Higgins Rd, Rosemont, IL 60018-4796 |
| 15131704 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 20 2025 00:22:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15131703 | ^ | MEBN | Mar 20 2025 00:13:26 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15131710 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 00:25:37 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15131711 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 00:38:58 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15131712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2025 00:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15167601 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 20 2025 00:26:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15131713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:37 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15131715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:39:09 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15131716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:25:14 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15161574 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2025 00:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15131717 | | Email/Text: pitbk@weltman.com | Mar 20 2025 00:21:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |
| 15561482 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Wintrust Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 15159947 | ^ | MEBN | Mar 20 2025 00:13:52 | Wintrust Mortgage, et. al., c/o Kamari Perry, 9700 W. Higgins Rd., Ste. 300, Rosemont, IL 60018-4736 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wintrust Mortgage, a division of Barrington Bank & |
| cr | | Wintrust Mortgage, a division of Barrington Bank a |
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15159958 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 15131707 | ##+ | Credit Management LP, Attn: Bankruptcy, 6080 Tennyson Parkway, Ste 100, Plano, TX 75024-6002 |
| 15131706 | ##+ | Credit Management LP, 6080 Tennyson Parkway, Plano, TX 75024-6002 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. |

Case 19-23821-JAD    Doc 106    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 25 |

andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christopher M. Frye
    on behalf of Debtor Phillip G. Gates chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. dcarlon@kmllawgroup.com

Heather Stacey Riloff
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. logsecf@logs.com

Kathryn L. Harrison
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank and Trust Co., N.A. klh@camlev.com,
hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Mario J. Hanyon
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 9