**Fill in this information to identify the case:**

Debtor 1: Phillip G. Gates

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 19-23821-jad

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Wintrust Mortgage, a division of Barrington Bank & Trust Co., N.A.

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 5 4 5 0

Date of payment change: Must be at least 21 days after date of this notice: 01/01/2023

New total payment: Principal, interest, and escrow, if any: $ 562.69

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: The taxes and/or insurance changed resulting in a new escrow payment. See attached statement.

   Current escrow payment: $ 209.33       New escrow payment: $ 210.48

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %       New interest rate: _____ %

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1  **Phillip G. Gates**
First Name  Middle Name  Last Name

Case number (if known) 19-23821-jad

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Kurt M. Carlson
Signature

Date: 10/10/22

Print: Kurt M. Carlson
First Name  Middle Name  Last Name

Title: Attorney and Duly Authorized Agent

Company: Carlson Dash, LLC

Address: 216 S. Jefferson Street, Suite 504
Number  Street
Chicago       IL    60661
City           State  ZIP Code

Contact phone: 312-382-1600

Email: kcarlson@carlsondash.com

**WINTRUST MORTGAGE**
MORTGAGE SERVICING/1-888-941-5172
9701 W HIGGINS RD, SUITE 400
ROSEMONT, IL 60018

Annual Escrow Account Disclosure
Statement-Projections for Coming Year
Analysis Period: 01/23 Through 12/23
Page 1 of 4

| | |
|---|---|
| Account: | 5450 |
| Note: | 00001 |
| Current Date: | 09/26/22 |
| Next Payment Due: | 04/01/22 |

PHILLIP G GATES
111 SPRUCE LANE
WEST NEWTON PA 15089-1235

| ESC# | Escrow Item | Annual Amt | Monthly Amt | Next Due | Frequency |
|---|---|---|---|---|---|
| (01) | ROSTRAVER TOWNSHIP PA | 405.39 | 33.78 | 04/30/23 | Annual |
| (02) | BELLE VERNON SD/ROSTRAVE | 822.77 | 68.56 | 09/30/23 | Annual |
| (03) | ALLIED SOLUTIONS FP | 501.16 | 41.76 | 09/26/22 | Annual |
| (04) | ALLIED SOLUTIONS FP | 796.50 | 66.37 | 09/26/22 | Annual |
| | **Total Projected** | **$2,525.82** | **$210.47** | | |

Required Low Balance: $420.97

The following is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month/Year | Payments To Escrow Account | Payments From Escrow Account | Escrow # | Escrow Account Balance |
|---|---|---|---|---|
| Target Starting Balance as of 12/22 | | | | 1,052.47 |
| 01/23 | 210.48 | 0.00 | | 1,262.95 |
| 02/23 | 210.48 | 0.00 | | 1,473.43 |
| 03/23 | 210.48 | 0.00 | | 1,683.91 |
| 04/23 | 210.48 | 405.39 | 01 | 1,489.00 |
| 05/23 | 210.48 | 0.00 | | 1,699.48 |
| 06/23 | 210.48 | 0.00 | | 1,909.96 |
| 07/23 | 210.48 | 0.00 | | 2,120.44 |
| 08/23 | 210.48 | 0.00 | | 2,330.92 |
| 09/23 | 210.48 | 822.77 | 02 | |
| | | 501.16 | 03 | |
| | | 796.50 | 04 | 420.97 |
| 10/23 | 210.48 | 0.00 | | 631.45 |
| 11/23 | 210.48 | 0.00 | | 841.93 |
| 12/23 | 210.48 | 0.00 | | 1,052.41 |
| **TOTALS** | **2,525.76** | **2,525.82** | | |

| | | |
|---|---|---|
| Starting Balance should be: | $1,052.47 | To meet required low balance |
| Escrow balance: | $1,641.65 | Projected thru end of 12/22 |
| Surplus: | $589.18 | |

This means you have a surplus of $589.18.  This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  The surplus in your escrow account will be refunded to you unless we have not received a scheduled payment of your mortgage loan within 30 days of the payment due date.  In that case, we may retain the surplus in the escrow account.

**WINTRUST MORTGAGE**
MORTGAGE SERVICING/1-888-941-5172
9701 W HIGGINS RD, SUITE 400
ROSEMONT, IL 60018

**Annual Escrow Account Disclosure Statement-Projections for Coming Year**
**Page 2 of 4**

| | |
|---|---|
| Account: | 5450 |
| Note: | 00001 |
| Current Date: | 09/26/22 |
| Next Payment Due: | 04/01/22 |

### Impact of Analysis on Monthly Payment

| | | |
|---|---|---|
| Escrow Payment | | 210.48 |
| Principal & Interest | + | 352.21 |
| ***Your New Payment Commencing 01/01/23 | | $562.69 |

**WINTRUST MORTGAGE**
**MORTGAGE SERVICING/1-888-941-5172**
**9701 W HIGGINS RD, SUITE 400**
**ROSEMONT, IL 60018**

**Annual Escrow Account Disclosure Statement-Projections for Coming Year**
**Page 3 of 4**

Account:                      5450
Note:                        00001
Current Date:             09/26/22
Next Payment Due:       04/01/22

| ESC# | Escrow Item |
|---|---|
| (01) | ROSTRAVER TOWNSHIP PA |
| (02) | BELLE VERNON SD/ROSTRAVE |
| (03) | ALLIED SOLUTIONS FP |
| (04) | ALLIED SOLUTIONS FP |

The following is a statement of activity in your escrow account from 10/21 through 12/22 as well as projected activity as disclosed to you in 10/21.

| Month/Year | Payments To Escrow Projected | Actual | | Payments From Escrow Projected | Esc# | Actual | | Escrow Balance Projected | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|
| Starting Balance as of 09/21 | | | | | | | | N/A | 1,224.95 | |
| 10/21 | N/A | | | N/A | 04 | 796.50 | | | | |
| | | | | N/A | 03 | 501.16 | | | | |
| | | | | N/A | 03 | 501.16 | | | | |
| | | | | N/A | 03 | 501.16 | | N/A | 2,522.61 | |
| 11/21 | N/A | | | N/A | | 0.00 | | N/A | 2,522.61 | |
| 12/21 | N/A | | | N/A | | 0.00 | | 1,046.70 | 2,522.61 | |
| 01/22 | 209.33 | 0.00 | * | 0.00 | | 0.00 | | 1,256.03 | 2,522.61 | |
| 02/22 | 209.33 | 209.92 | * | 0.00 | | 0.00 | | | | |
| | | 209.92 | * | | | | | | | |
| | | 209.92 | * | | | | | 1,465.36 | 1,892.85 | |
| 03/22 | 209.33 | 209.92 | * | 0.00 | 01 | 405.39 | * | | | |
| | | 209.92 | * | | | | | | | |
| | | 209.92 | * | | | | | | | |
| | | 209.92 | * | | | | | | | |
| | | 209.92 | * | | | | | | | |
| | | 208.23 | * | | | | | | | |
| | | 208.23 | * | | | | | | | |
| | | 208.23 | * | | | | | | | |
| | | 208.23 | * | | | | | 1,674.69 | 415.72 | |
| 04/22 | 209.33 | 0.00 | * | 405.39 | 01 | 0.00 | * | 1,478.63 | 415.72 | |
| 05/22 | 209.33 | 208.23 | * | 0.00 | | 0.00 | | | | |
| | | 208.23 | * | | | | | | | |
| | | 208.23 | * | | | | | | | |
| | | 208.23 | * | | | | | 1,687.96 | 417.20 | |
| 06/22 | 209.33 | 208.23 | * | 0.00 | | 0.00 | | 1,897.29 | 625.43 | |
| 07/22 | 209.33 | 208.23 | * | 0.00 | | 0.00 | | | | |
| | | 208.23 | * | | | | | | | |
| | | 208.23 | * | | | | | 2,106.62 | 1,250.12 | |
| 08/22 | 209.33 | 209.33 | | 0.00 | 02 | 822.77 | * | | | |
| | | 209.33 | * | | | | | | | |
| | | 209.33 | * | | | | | 2,315.95 | 1,055.34 | |
| 09/22 | 209.33 | 209.33 | P | 808.96 | 02 | 0.00 | * | | | |
| | | 209.33 | P | 501.16 | 03 | 0.00 | * | | | |
| | | 209.33 | P | 796.50 | 04 | 0.00 | * | | | |
| | | 209.33 | P | 0.00 | 03 | 501.16 | P | | | |
| | | 209.33 | P | 0.00 | 04 | 796.50 | P | | | |
| | | 209.33 | P | | | | | 418.66 | 1,013.66 | P |
| 10/22 | 209.33 | 209.33 | P | 0.00 | | 0.00 | | 627.99 | 1,222.99 | P |
| 11/22 | 209.33 | 209.33 | P | 0.00 | | 0.00 | | 837.32 | 1,432.32 | P |

**WINTRUST MORTGAGE**
**MORTGAGE SERVICING/1-888-941-5172**
**9701 W HIGGINS RD, SUITE 400**
**ROSEMONT, IL 60018**

**Annual Escrow Account Disclosure Statement-Account History**
**Page 4 of 4**

| | |
|---|---|
| Account: | 5450 |
| Note: | 00001 |
| Current Date: | 09/26/22 |
| Next Payment Due: | 04/01/22 |

The following is a statement of activity in your escrow account from 10/21 through 12/22 as well as projected activity as disclosed to you in 10/21.

| Month/Year | Payments To Escrow Projected | Actual | Payments From Escrow Projected | Esc# | Actual | Escrow Balance Projected | Actual |
|---|---|---|---|---|---|---|---|
| 12/22 | 209.33 | 209.33 P | 0.00 | | 0.00 | 1,046.65 | 1,641.65 P |
| TOTALS | 2,511.96 | 6,690.08 P | 2,512.01 | | 3,823.48 P | | |

Last year, we anticipated that payments from your account would be made during this period equaling $2,512.01.  Under Federal law, your lowest monthly balance should not have exceeded $418.66 unless your mortgage contract or State law specifies a lower amount.  Under your mortgage contract, your lowest monthly balance should not have exceeded $418.66.

The lowest balance was -$2,522.61.  An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  P indicates projected activity to or from your escrow account.  For a further explanation, please call us.

Payment Information From Past Year

| | | |
|---|---|---|
| Escrow Payment | | 209.33 |
| Principal & Interest | + | 352.21 |
| Total Payment Amount | | $561.54 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re*: | ) | Chapter 13 |
| | ) | |
| Phillip G. Gates | ) | Case No.:  19-23821-jad |
| | ) | |
| Debtors. | ) | Judge:  Jeffery A. Deller |
| | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Notice of Mortgage Payment Change* and *Annual Escrow Account Disclosure Statement* were served on the parties listed below by postage prepaid U.S. Mail, First Class and/or electronically through the Court's ECF System at the e-mail address registered with the Court on this date:

*Trustee*:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*Debtors*:

Phillip G. Gates
111 Spruce Lane
West Newton, PA 15089

*Debtors' Counsel*:

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Date:   October 10, 2022

_____
Kurt M. Carlson – IL ARDC #6236568
Lina Toma – IL ARDC #6333468
Carlson Dash, LLC

216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Phone:  312-382-1600
Email:  kcarlson@carlsondash.com
Email:  ltoma@carlsondash.com