# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phillip G. Gates<br>       Debtor(s) | BK NO. 19-23821 JAD |
| **Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.**<br>       Movant<br>vs.<br>**Phillip G. Gates**<br>       Debtor(s)<br>**Ronda J. Winnecour**,<br>       Trustee | Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 03, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Phillip G. Gates
111 Spruce Lane
West Newton, PA 15089

Attorney for Debtor(s)
Christopher M. Frye, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower 707 Grant Street
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: January 03, 2023

                **/s/Brian C. Nicholas Esquire**
                Brian C. Nicholas Esquire
                Attorney I.D. 317240
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bnicholas@kmllawgroup.com